# UNITED STATES DISTRICT COURT
## MIDDLE DISTRICT OF FLORIDA
### ORLANDO DIVISION

**UNITED STATES OF AMERICA**

**-vs-**                                                    **Case No.  6:07-cr-195-Orl-22DAB**

**RAYMOND CUTTS, III**

_____

### ACCEPTANCE OF PLEA OF GUILTY AND ADJUDICATION OF GUILT

Pursuant to the Report and Recommendation of the United States Magistrate Judge, to which there has been no timely objection, the plea of guilty of the defendant to Count Two and Three of the Indictment is now accepted and the defendant is adjudged guilty of such offense.  A sentencing hearing has been scheduled for February 6, 2007, under separate notice.

**DONE** and **ORDERED** at Orlando, Florida, on December 17, 2007.

ANNE C. CONWAY
United States District Judge

Copies to:
Counsel of Record